AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Denise M. Clark

**SUMMONS IN A CIVIL CASE**

V.

Feder Semo and Bard, P.C., et al.

Case: 1:07-cv-00470
Assigned To : Bates, John D.
Assign. Date : 03/13/2007
Description: Clark v. Feder Semo

TO: (Name and address of Defendant)

Feder Semo and Bard, P.C. Retirement Plan and Trust
1350 Connecticut Ave., N.W.
Suite 600
Washington, D.C. 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen R. Bruce
805 15th St., N.W.
Suite 210
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                             MAR 13 2007
_____         _____
CLERK                                                DATE
   /s/ Janette Stewart-Curet
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Denise M. Clark

vs.

Feder Semo and Bard PC, et al.

No. 1:07-CV-00470 JDB

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Complaint; Notice of Right to Consent to Trial Before United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 10:21 am on March 20, 2007, I served Feder Semo and Bard PC Retirement Plan and Trust c/o Prentice Hall Corporation System, Registered Agent at 1090 Vermont Avenue, NW, Suite 430, Washington, DC 20005 by serving Renee Rice, Team Leader, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    40
 HEIGHT-    5'1"
   HAIR-    BLACK
 WEIGHT-    180
   RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  3/21/07
              Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 185432