AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Denise M. Clark

**SUMMONS IN A CIVIL CASE**

V.

Feder Semo and Bard, P.C., et al.

Case: 1:07-cv-00470
Assigned To : Bates, John D.
Assign. Date : 03/13/2007
Description: Clark v. Feder Semo

TO: (Name and address of Defendant)

Joseph E. Semo
6530 Bradley Blvd.
Bethesda, MD 20817

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen R. Bruce
805 15th St., NW
Suite 210
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within _____**20**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

DATE   MAR 1 3 2007

By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Denise M. Clark

vs.

Feder Semo and Bard PC, et al.

No. 1:07-CV-00470 JDB

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

     I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Complaint; Notice of Right to Consent to Trial Before United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

     That my date of birth / age is 11-26-1971.

     That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

     That service was made by a private process server.

     That I am not a party to or otherwise interested in this suit.

     That at 10:01 am on March 20, 2007, I served Joseph E. Semo at Feder Semo and Bard PC, 1800 M Street, NW, Suite 730 South, Washington, DC 20036 by serving Joseph E. Semo, personally. Described herein:

```
    SEX-  MALE
    AGE-  55
 HEIGHT-  5'8"
   HAIR-  BLACK/GRAY
 WEIGHT-  190
   RACE-  WHITE
```

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___3/21/07___
                 Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 185429