# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COLUMBIA

| | |
|---|---|
| DENISE M. CLARK,            )<br>                                         )<br>       Plaintiff,          )<br>                                         )<br>vs.                                    )<br>                                       )<br>FEDER SEMO and BARD, P.C.,   )<br>                                       )<br>       *et al.*,               )<br>                                       )<br>       Defendants     )<br>_____) | Case No. 07-CV-00470 - JDB |

## **ENTRY OF APPEARANCE**

To the Clerk:

Please enter my appearance for the Defendants in the captioned matter.

Dated:  April 6, 2007                  Respectfully submitted,

                                                    *//s// James C. Bailey*

                                                  _____
                                                  James C. Bailey (D.C. # 462391)
                                                  BAILEY & EHRENBERG PLLC
                                                  1155 Connecticut Avenue NW
                                                  Suite 1100
                                                  Washington, D.C. 20036
                                                  T:  (202) 787-3869
                                                  F:  (202) 318-7071
                                                  E:  jcb@becounsel.com

                                                  **Attorneys for Plaintiff**

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April 2007, a copy of the foregoing was served on the following via the District Court's ECF electronic filing system:

Stephen R. Bruce
805 15th Street, N.W.
Suite 210
Washington, D.C.  20005

*//s// James C. Bailey*
_____
James C. Bailey