A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Denise M. Clark,

           Plaintiff(s)        )   **APPEARANCE**

           vs.        )   CASE NUMBER   07-470 (JDB)

Feder Semo and Bard, P.C., et al.,

           Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  <u>Allison C. Caalim</u>  as counsel in this
                             (Attorney's Name)

case for:  <u>Denise M. Clark, Plaintiff</u>

                    (Name of party or parties)

<u>June 13, 2007</u>
Date

<u>494372</u>
BAR IDENTIFICATION

Signature

Allison C. Caalim
Print Name

805 15th St., NW, Suite 210
Address

Washington DC  20005
City       State       Zip Code

(202) 289-1385
Phone Number