UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENISE M. CLARK,**<br><br>　Plaintiff,<br><br>　　v.<br><br>**FEDER SEMO & BARD, P.C., et al.,**<br><br>　Defendants. | Civil Action No. 07-0470 (JDB) |

## ORDER

Upon consideration of [12] defendants' motion for judgment on the pleadings, the parties' memoranda, the applicable law, and the entire record, and for the reasons stated in the Memorandum Opinion issued on this date, it is this <u>17th</u> day of <u>December</u>, 2007, hereby

**ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiff may go forward with Claims I and II arising under § 502(a)(1)(B) of ERISA;

2. Plaintiff's § 502(a)(2) claims are hereby **DISMISSED**; and

3. Plaintiff's § 502(a)(3) claims are hereby **DISMISSED**.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　/s/ John D. Bates　　　　　
　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　United States District Judge