UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENISE M. CLARK,**<br><br>　Plaintiff,<br><br>　　v.<br><br>**FEDER SEMO & BARD, P.C., et al.,**<br><br>　Defendants. | Civil Action No.  07-0470 (JDB) |

## SCHEDULING ORDER

Upon consideration of the parties' Joint Rule 16.3 Report, and the entire record herein, it is hereby **ORDERED** as follows:

1. Required disclosures under Fed. R. Civ. P. 26(a)(1) shall be completed by September 22, 2008.

2. Expert reports shall be completed and exchanged by not later than December 9, 2008.

3. All discovery shall be completed by January 16, 2009.  The parties shall be bound by the limits on discovery set forth in the Federal Rules of Civil Procedure, and each party shall be limited to eight depositions.

4. Dispositive motions shall be filed by not later than February 4, 2009.  Any oppositions shall be filed by not later than February 23, 2009, and any replies shall be filed by not later than March 9, 2009.

5.   A status conference shall be held on February 5, 2009, at 9:00 a.m.

**SO ORDERED**.

/s/ John D. Bates  
JOHN D. BATES  
United States District Judge

Date:   September 5, 2008